**BRYAN CAVE LLP**
James Goldberg, California Bar No. 107990
2 Embarcadero Center, Suite 1410
San Francisco, California 94111
Telephone:   (415) 675-3400
Facsimile:   (415) 675-3434
E-mail:       james.goldberg@bryancave.com

**BRYAN CAVE LLP**
Benjamin J.B. Allen, California Bar No. 261555
120 Broadway, Suite 300
Santa Monica, California  90401-2386
Telephone:   (310) 576-2100
Facsimile:   (310) 576-2200
E-mail:       ben.allen@bryancave.com

Attorneys for Defendants
BAC HOME LOANS SERVICING, L.P. and
RECONTRUST COMPANY, N.A., erroneously sued as RECONTRUST COMPANY

Bryan Cave LLP
1900 Main Street, Suite 700
Irvine, California  92614

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| MONIQUE M. PERNELL,<br><br>        Plaintiff,<br><br>    vs.<br><br>BAC HOME LOANS SERVICING, LP fka COUNTRYWIDE HOME LOANS SERVICING LP, RECONTRUST COMPANY and DOES 1 through 10 inclusive,<br><br>        Defendants, | Case No. 09-cv-3561 FCD-KJN<br><br>[Hon. Kendall J. Newman, Magistrate Judge]<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR TELEPHONIC APPEARANCE AT HEARING ON MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date:    April 1, 2010<br>Time:    10:00 a.m.<br>Dept.:    25<br><br>Date Action Filed:  November 13, 2009<br>Trial Date:         Not yet assigned |

776891

[~~PROPOSED~~] ORDER GRANTING REQUEST FOR TELEPHONIC HEARING

On March 15, 2010, defendants BAC Home Loans Servicing, L.P. and Recontrust Company, N.A., erroneously sued as "Recontrust Company," (collectively "Defendants"), filed a request seeking an order allowing Benjamin J.B. Allen of Bryan Cave LLP, attorney of record for Defendants, to appear telephonically at the hearing on Defendants' Motion to Dismiss Plaintiff's Complaint scheduled on April 1, 2010.

It is HEREBY ORDERED that:

Benjamin J.B. Allen may attend the Motion to Dismiss hearing on April 1, 2010, by telephone and shall make arrangements with the court to do so. The representative must be available by telephone throughout the entire proceeding.

DATED: March 19, 2010

 /s/ Kendall J. Newman
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE