IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MONIQUE M. PERNELL,

    Plaintiff,           No. 2:09-cv-03561 FCD KJN PS

    v.

BAC HOME LOANS SERVICING, LP fka COUNTRYWIDE HOME LOANS SERVICING LP, RECONTRUST COMPANY and DOES 1 through 10 inclusive,

    Defendants.           ORDER TO SHOW CAUSE
_____/

    Defendants removed this action to federal court and subsequently moved to dismiss plaintiff's complaint pursuant to Federal Rule of Civil Procedure 12(b). (Dkt. Nos. 1, 5.) On April 2, 2010, this court granted defendants' motion without prejudice and dismissed plaintiff's complaint with leave to file an amended complaint. (Dkt. No. 16.) Plaintiff filed a timely First Amended Complaint on April 28, 2010. (Dkt. No. 17.) Also on April 28, 2010, the court issued a summons directing defendants to file an answer to the First Amended Complaint within 21 days of service of that summons. (Dkt. No. 18.) A later-filed proof of service indicates that defendants' counsel of record were served with the First Amended Complaint and the related summons on May 13, 2010. (Dkt. No. 19.)

1

The court's docket reveals that defendants have not filed an answer or other response to plaintiff's First Amended Complaint.  Accordingly, IT IS HEREBY ORDERED that defendants shall show cause, in writing, on or before August 6, 2010, why appropriate sanctions should not be imposed upon them for failure to file an answer or other response to plaintiff's First Amended Complaint.

IT IS SO ORDERED.

DATED: July 15, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE